# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

HOSHEA HOCKETT,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

    Defendant.

CASE NO. 16-CV-05653 RSM

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, the relevant record, and no objections having been filed, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

(3)     **JUDGMENT** is for plaintiff and the case should be closed.

(4)     The Clerk is directed to send copies of this Order to counsel of record.

//

//

//

Dated this 12th day of May, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE